IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIODUN S. SOWEMIMO,<br>　　　　　　　Plaintiff<br><br>　　vs.<br><br>JOANNE THOMAS; JOHN DOES; PNC BANK NATIONAL FINANCIAL SERVICES GROUP,<br>　　　　　　　Defendants | )<br>)<br>)　Civil Action No. 09-639<br>)<br>)<br>)　Chief District Judge Gary L. Lancater<br>)　Chief Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>) |

### O R D E R

　　AND NOW, this _12_ day of November, 2009, after the Plaintiff, Abiodun S. Sowemimo, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the Plaintiff until October 27, 2009, to file written objections thereto, and upon consideration of the objections filed by plaintiff which are without merit, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

　　IT IS HEREBY ORDERED that, prior to service, the complaint is dismissed pursuant to the Prison Litigation Reform Act (PLRA), for failure to state a claim upon which relief can be granted.

　　IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gary L. Lancaster
　　　　　　　　　　　　　　　　　　　　　　　GARY L. LANCASTER
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

cc:　Honorable Amy Reynolds Hay
　　　Chief United States Magistrate Judge

　　　All Counsel of Record by electronic filing